ROBERT SUMMERVILLE *v.* WARDEN, STATE PRISON

The petitioner Robert Summerville's petition for certification for appeal from the Appellate Court, 29 Conn. App. 162 (AC 10114), is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that it should not decide the issue of whether an ineffective investigation by a defense expert witness in a fashion that impairs the petitioner's defense is impugned to the defense attorney?"

The Supreme Court docket number is SC 14649.

*Paula Mangini Montonye,* assistant public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided November 25, 1992

ROBERT SUMMERVILLE *v.* WARDEN, STATE PRISON

The respondent warden's petition for certification for appeal from the Appellate Court, 29 Conn. App. 162 (AC 10114), is granted, limited to the following issue:

"Did the Appellate Court have proper grounds for remanding this case to the habeas court for a consideration of expert testimony that was not presented at the petitioner's criminal trial?"

The Supreme Court docket number is SC 14649.

*Judith Rossi,* assistant state's attorney, in support of the petition.

*Paula Mangini Montonye,* assistant public defender, in opposition.

Decided November 25, 1992